JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL BOLANOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TEXAS ROADHOUSE MANAGEMENT CORP., a Kentucky corporation; TEXAS ROADHOUSE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:19-CV-02413-JLS-KK_<br><br>**ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT** |

1       Based on the stipulation of the parties seeking remand of this action in order to effectuate a settlement of this action concurrently with a separately filed PAGA action now pending in Riverside County Superior Court, the Court remands this action to Riverside County Superior Court.  Each party shall bear her and its own attorneys' fees and costs associated with the removal and remand.

IT IS SO ORDERED.

Dated: July 28, 2020

_____
Hon. Josephine L. Staton
United States District Judge